IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CLIFFORD LESTER,

    Petitioner,

v.                                       Civil Action No. 1:04CV247
                                                        (STAMP)
K.J. WENDT, Warden,

    Respondent.

**ORDER GRANTING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

On June 21, 2007, petitioner filed a motion and affidavit for permission to appeal <u>in forma pauperis</u>. Based upon the information provided in petitioner's affidavit, this Court finds that petitioner is entitled to proceed without payment of fees.

IT IS SO ORDERED.

The Clerk is directed to transmit copies of this order to the Fourth Circuit Court of Appeals, to the petitioner and to counsel of record herein.

DATED:  August 9, 2007

                                            /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE